**Trisha Connors, Esq.**
**TRISHA CONNORS LAW, LLC**
**55 Harristown Road, Suite 302**
**Glen Rock, NJ 07452**
**Off:    (201)857-3766**
**Fax:    (201)857-3767**
**Attorneys for Plaintiff**
**Deepa Shanbhag**
_____

| | |
|---|---|
| DEEPA SHANBHAG : | |
| : | UNITED STATES DISTRICT COURT |
| : | DISTRICT OF NEW JERSEY |
| Plaintiff, : | |
| : | CASE NO: |
| v. : | |
| : | COMPLAINT |
| : | JURY TRIAL DEMANDED |
| LARSEN & TOUBRO INFOTECH : | |
| LIMITED, LLC aka L&T INFOTECH : | |
| : | |
| Defendants. : | |
| _____: | |

## INTRODUCTION

1.     The plaintiff, Deepa Shanbhag, residing at 700 Stonybrook Way, Apartment

700, Township of North Brunswick, County of Middlesex, State of New Jersey, brings this

action for violation of Title VII of the Civil Rights Act of 1964 and the New Jersey Law

Against Discrimination (NJLAD).  Plaintiff alleges that she was terminated because of her

pregnancy.  As a direct consequence of Defendant's unlawful actions, Plaintiff seeks damages

as set forth herein.

## JURISDICTION AND VENUE

2.     This court, in accordance with 28 U.S.C. 1331, has jurisdiction over Plaintiff's

claims, because this civil action arises under a law of the United States.

3.      This Court may properly maintain personal jurisdiction over Defendant because Defendant's contacts with this state and this judicial district are sufficient for the exercise of jurisdiction over Defendant to comply with traditional notions of fair play and substantial justice, satisfying the standard set forth by the United States Supreme Court in *International Shoe Co. v. Washington,* 326 U.S. 310 (1945) and its progeny.

4.      Pursuant to 28 U.S.C. §1391(b)(1) and (b)(2), venue is properly laid in this district because all of the acts and/or omissions giving rise to the claims set forth herein occurred in this judicial district, and Defendant is deemed to reside where it is subject to personal jurisdiction, rendering Defendant a resident of the District of New Jersey.

**PARTIES**

5.      The foregoing paragraphs are incorporated herein in their entirety as if set forth in full.

6.      Plaintiff Deepa Shanbhag is an adult citizen of the State of New Jersey and her address is set forth herein.

7.      Defendant is a foreign for-profit corporation registered to do business in New Jersey.  Its United States headquarters is located at 2035 Lincoln Highway, Edison, New Jersey.

8.      Defendant is also registered as a foreign Limited Liability Company in New Jersey with the same address.

9.      Defendant may be served with process through its registered agent, Puneet Singal, 2035 Lincoln Highway, Suite 3000, Edision, New Jersey 08817.

10.     At all times relevant herein, Defendant acted by and through its agents, servants and employees, each of whom acted at all times relevant herein in the course and scope of their employment with and for Defendant.

## ADMINISTRATIVE EXHAUSTION

11.     Plaintiff filed a timely charge of discrimination with the Equal Employment Opportunity Commission (EEOC) for pregnancy discrimination.

12.     Plaintiff has properly exhausted her administrative remedies for her Title VII claims by timely filing the instant lawsuit within ninety (90) days after receiving a dismissal for her Title VII claims.

## FACTS APPLICABLE TO ALL CAUSES OF ACTION

13.     The foregoing paragraphs are incorporated herein in their entirety as if set forth in full.

14.     Plaintiff was hired by Defendant as a contractor on October 14, 2010.

15.     The contractual period ended after three months, on January 14, 2011.

16.     Defendant extended the contractual period for two weeks, and then hired Ms. Shanbhag as an employee on January 25, 2011.

17.     Defendant praised Ms. Shanbhag for her performance when Defendant changed her status from contractor to employee.

18.      On March 2, 2011, Ms. Shanbhag informed Human Resources that she was pregnant.

19.     On March 3, 2011, Ms. Shanbhag informed her supervisor that she was pregnant.

20.     On March 4, 2011, Defendant terminated Ms. Shanbhag.

3

21.     Ms. Shanbhag did not receive a negative evaluation or negative comment regarding her work during the time she worked for defendant as an employee.

22.     Ms. Shanbhag was terminated thirty-eight (38) days after Defendant decided to change Ms. Shanbhag's status from contractor to employee and just one day after she informed Defendant of her pregnancy.

23.     As a result of the foregoing, Plaintiff believes and therefore avers that she was terminated because of her pregnancy.

## FIRST COUNT

### Violations of the Title VII of the Civil Rights Act of 1964
### (Pregnancy Discrimination—42 U.S.C. §2000e-2(a))

24.     The foregoing paragraphs are incorporated herein in their entirety as if set forth in full.

25.     Plaintiff is a female who was terminated by Defendant the day after she informed Defendant of her pregnancy.

26.      Defendant's actions of discriminating against and terminating Plaintiff because of her pregnancy constitute violations of Title VII of the Civil Rights Act of 1964.

## SECOND COUNT

### Violations of the New Jersey Law Against Discrimination
### (Pregnancy Discrimination—N.J.S.A. 10:5-12(a))

27.     The foregoing paragraphs are incorporated herein in their entirety as if set forth in full.

28.     Defendant's actions of discriminating against and terminating Plaintiff because of her pregnancy constitute violations of the New Jersey Law Against Discrimination.

**WHEREFORE,** Plaintiff prays that this Court enter an order providing that:

A.      Defendant is to be permanently enjoined from discriminating or retaliating against Plaintiff or any other present employees on any basis forbidden by Title VII of the Civil Rights Act of 1964;

B.      Defendant is to promulgate and adhere to a policy prohibiting pregnancy discrimination;

C.      Defendant is to compensate Plaintiff, reimburse Plaintiff, and make Plaintiff whole for any and all pay and benefits Plaintiff would have received had it not been for Defendant's illegal actions, including but not limited to back pay, front pay, salary, pay increases, bonuses, insurance, benefits, training, promotions, reinstatement, and seniority.

D.      Plaintiff is to be awarded actual damages as well as damages for the pain, suffering and humiliation caused by Defendant's actions;

E.      Plaintiff is to be awarded punitive damages as permitted by applicable law in an amount believed by the Court or trier of fact to be appropriate to punish Defendant for its willful, deliberate, malicious, and outrageous conduct and to deter Defendant or other employers from engaging in such misconduct in the future;

F.      Plaintiff is to be accorded other equitable and legal relief as the Court deems just, proper and appropriate;

G.      Plaintiff is to be awarded the costs and expenses of this action and a reasonable attorney's fees as provided by applicable federal and state law; and

H.      Plaintiff is permitted to have a trial by jury.

Dated: November 28, 2011                    TRISHA CONNORS LAW, LLC
                                            Attorneys for Plaintiff Deepa Shanbhag


                                     By:   __/s/Trisha Connors_____
                                           Trisha Connors, Esq.

5

**DEMAND FOR JURY TRIAL**

Plaintiff Deepa Shanbhag demands a trial by jury on all issues.


Dated: November 28, 2011                 TRISHA CONNORS LAW, LLC
                                         Attorneys for Plaintiff Deepa Shanbhag

                                         By:    /s/Trisha Connors_____
                                         Trisha Connors, Esq.



**CERTIFICATION PURSUANT TO R. 4:5-1**

The undersigned hereby certifies upon information and belief that the matter in controversy is not the subject of any other action pending in any court or arbitration proceeding.



Dated: November 28, 2011                 TRISHA CONNORS LAW, LLC
                                         Attorneys for Plaintiff Deepa Shanbhag

                                         By:    /s/Trisha Connors_____
                                         Trisha Connors, Esq.



**DESIGNATION OF TRIAL COUNSEL**

Please take notice that attorney TRISHA M. CONNORS is hereby designated as trial counsel in the above captioned litigation.



Dated: November 28, 2011                 TRISHA CONNORS LAW, LLC
                                         Attorneys for Plaintiff Deepa Shanbhag

                                         By:    /s/Trisha Connors_____
                                         Trisha Connors, Esq.